MARCH 11, 1998

No. 97–8156 (A–665). HOGUE v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied. JUSTICE STEVENS and JUSTICE GINSBURG would grant the application for stay of execution.

MARCH 17, 1998

No. 97–7022. GRIFFIN-EL v. BOWERSOX, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER, 522 U. S. 1082. Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied. Petition for rehearing denied.

MARCH 18, 1998

No. A–695. BUCHANAN v. GILMORE, GOVERNOR OF VIRGINIA, ET AL. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied.

MARCH 20, 1998

No. 97–679. AMERICAN TELEPHONE & TELEGRAPH CO. v. CENTRAL OFFICE TELEPHONE, INC. C. A. 9th Cir. [Certiorari granted, 522 U. S. 1024.] Motion of respondent to permit Ad Hoc Telecommunications Users Committee et al. to present argument as *amici curiae* denied. JUSTICE O'CONNOR took no part in the consideration or decision of this motion.

No. 97–7646. JONES v. FLORIDA. Sup. Ct. Fla. Certiorari denied.